FILED

DEC 2 3 2025

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>vs.<br><br>Karina  Juarez<br><br>                              Defendant. | Case No.  24CR2581-W<br><br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the  nformation in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial  if held.

Dated:   12/23/25 _____

_____
Hon. Karen S. Crawford
United States Magistrate Judge